CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

DEC 0 1 2022

LAURA A. AUSTIN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION
DECEMBER 2022 SESSION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 7:22CR44 |
| | ) | |
| v. | ) | |
| | ) | **INDICTMENT** |
| | ) | |
| MILLOT KEVIN LEXIMA | ) | **In Violation of:** |
| | ) | |
| | ) | 21 U.S.C. § 841(a)(1) and (b)(1)(B) |

## COUNT ONE

The Grand Jury charges:

1. That on or about March 23, 2022, in the Western District of Virginia, the defendant, MILLOT KEVIN LEXIMA, did knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide) (Fentanyl), a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## NOTICE OF FORFEITURE

1. Upon conviction of one or more of the felony offenses alleged in this Indictment, the defendant shall forfeit to the United States:

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses, pursuant to 21 U.S.C. § 853(a)(1).

      b. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said offenses, pursuant to 21 U.S.C. § 853(a)(2).

2. The property to be forfeited to the United States includes but is not limited to the following property:

      a. **Money Judgment**

      An undetermined sum of United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate was obtained directly or indirectly as a result of said offenses or is traceable to such property.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

      a. cannot be located upon the exercise of due diligence;
      b. has been transferred or sold to, or deposited with a third person;
      c. has been placed beyond the jurisdiction of the Court;
      d. has been substantially diminished in value; or
      e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL this the 1st day of December 2022.

                                            *s/FOREPERSON*
                                            FOREPERSON

CHRISTOHER R. KAVANAUGH
UNITED STATES ATTORNEY

2